No. 1:22-cr-00287-ADA-BAM



**FILED**
Oct 27, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

ROYCE NEWCOMB

I N D I C T M E N T

VIOLATION(S): 18 U.S.C. § 1343 – Wire Fraud (Five Counts); 18 U.S.C. § 1957 – Money Laundering (One Count); 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

_____/S/_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, A.D. 20 _____

_____
*Clerk.*

*Bail, $* __ PLEASE ISSUE NO BAIL WARRANT __

_____

GPO 863 525

AO 257 (Rev. 9/92)

☐ YES: SAB conflict in USAO (before 01/01/13)  ☐ YES: SKO conflict in USAO (Before 4/12/10)  PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ■ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**

PLEASE SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
■ Felony

Place of offense: **FRESNO COUNTY**

U.S.C. Citation: Please see Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
EDCA
**Fresno, CA**

**DEFENDANT -- U.S. vs.**
▶ **ROYCE NEWCOMB**

Address:

Birth Date:
☐ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
**SA HAMILTON HIATT, FBI**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**
1) ■ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☒ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ■ No
If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST ▶
Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

Name and Office of Person Furnishing Information on THIS FORM: **MELINA ORTIZ**
■ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **JOSEPH BARTON**

✓ ■ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS

PLEASE ISSUE NO BAIL WARRANT. Penalties: See Penalty Slip.

# United States v. Royce Newcomb
## Penalties for Indictment

**COUNTS 1-5:**

VIOLATION:      18 U.S.C. § 1343 – Wire Fraud

PENALTIES:      20 years in prison
                $250,000 fine
                Three years supervised release
                $100 special assessment

**COUNT 6:**

VIOLATION:      18 USC § 1957 – Money Laundering

PENALTY:        10 years in prison
                $250,000 fine
                Three years supervised release
                $100 special assessment

**FORFEITURE ALLEGATION**

As stated in the charging document.