1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**
Oct 27, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:22-cr-00287-ADA-BAM |
12 |                         Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
13 |             v.                     |
14 | ROYCE NEWCOMB,                     |
15 |                         Defendant. |

18     The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of
19 Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury
20 on October 25, 2022, charging the above defendant with a violation of 18 U.S.C. § 1343 –
21 Wire Fraud (Five Counts); 18 U.S.C. § 1957 – Money Laundering (One Count); 18 U.S.C.
22 §§ 981(a)(1)(C), 982(a)(1), and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret
23 until the defendant named in this Indictment is either in custody or has been given bail on
24 these offenses; and further order that until such time as the defendant is in custody or has
25 been given bail,
26 / / /
27 / / /
28 / / /

Motion to Seal Indictment                    1

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: October 27, 2022             Respectfully submitted,

                                          PHILLIP A. TALBERT
                                          United States Attorney

By    /s/ Joseph D. Barton
        JOSEPH D. BARTON
        Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  October 27, 2022

                                          STANLEY A. BOONE
                                          U.S. Magistrate Judge