PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00287-ADA-BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

The government moves the Court to unseal the Indictment and all other filings in this case. On November 28, 2022, Royce Newcomb was arrested by authorities and will make his initial appearance as soon as possible. Therefore, the case should be unsealed to advise Mr. Newcomb of the charges against him.

Dated: November 28, 2022

Very truly yours,
PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

1

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00287-ADA-BAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO UNSEAL CASE |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

Dated: **November 28, 2022**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2