1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00287-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| ROYCE NEWCOMB, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for April 26, 2023, at 1:00 p.m., may be continued until July 12, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Discovery includes thousands of text messages and financial records. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through July 12, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  April 18, 2023  　　　　　　　　　　 */s/ Peter Jones*
　　　　　　　　　　　　　　　　　　　　　　　PETER JONES
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Royce Newcomb

Dated:  April 18, 2023  　　　　　　　　　　 */s/ Joseph Barton*
　　　　　　　　　　　　　　　　　　　　　　　JOSEPH BARTON
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | JOSEPH D. BARTON |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00287-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ROYCE NEWCOMB, | |
| Defendants. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for April 26, 2023, at 1:00 p.m., is continued until **July 12, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through July 12, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **April 19, 2023**                    /s/ Barbara A. McAuliffe
                                               UNITED STATES MAGISTRATE JUDGE

3