PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00287-ADA-BAM |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel that the Status Conference scheduled for July 12, 2023, at 1:00 p.m., may be continued

until October 11, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.  The

government has produced discovery to defense counsel.  Discovery includes thousands of

financial records.  Defense counsel has further investigation to perform.  The parties agree that

time under the Speedy Trial Act shall be excluded through October 11, 2023, in the interests of

justice, including but not limited to, the need for effective defense preparation and defense

investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  July 1, 2023

*/s/ Peter Jones*
PETER JONES
Counsel for Royce Newcomb

Dated:  July 1, 2023

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00287-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

IT IS SO ORDERED that the status conference is continued from July 12, 2023, to **October 11, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **July 5, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE