PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00287-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the Status Conference scheduled for October 11, 2023, at 1:00 p.m., may be continued until December 13, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. The government has produced discovery to defense counsel. Discovery includes thousands of financial records. Defense counsel has further investigation to perform. The parties agree that time under the Speedy Trial Act shall be excluded through December 13, 2023, in the interests of justice, including but not limited to, the need for effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  October 4, 2023        /s/ Peter Jones
                               PETER JONES
                               Counsel for Royce Newcomb

Dated:  October 4, 2023        /s/ Joseph Barton
                               JOSEPH BARTON
                               Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00287-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for October 11, 2023, at 1:00 p.m., is continued until **December 13, 2023, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through December 13, 2023, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **October 4, 2023**         /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE

3