1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA          Case No. 1:22-cr-00287-ADA-BAM

13
                  Plaintiff,          STIPULATION TO CONTINUE STATUS
14                                     CONFERENCE; ORDER

15        v.

16  ROYCE NEWCOMB,

17                  Defendant.

18

19

20        IT IS HEREBY STIPULATED by and between the parties through their respective

21  counsel that the Status Conference scheduled for December 13, 2023, at 1:00 p.m., may be

22  continued until February 28, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe.

23  The government has produced discovery to defense counsel.  Discovery includes thousands of

24  financial records.  Defense counsel has further investigation to perform.  The parties agree that

25  time under the Speedy Trial Act shall be excluded through February 28, 2024, in the interests of

26  justice, including but not limited to, the need for effective defense preparation and defense

27  investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

28

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  December 7, 2023                    _/s/ Peter Jones_____
                                            PETER JONES
                                            Counsel for Royce Newcomb

Dated:  December 7, 2023                    _/s/ Joseph Barton_____
                                            JOSEPH BARTON
                                            Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:22-cr-00287-ADA-BAM |
| Plaintiff, | ORDER |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

Upon the Parties' stipulation and for good cause shown, the Status Conference scheduled for December 13, 2023, at 1:00 p.m., is continued until **February 28, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**.  The period through February 28, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **December 7, 2023**                      /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE