1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA | Case No. 1:22-cr-00287-ADA-BAM |

13 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |

14

15 | v. |

16 | ROYCE NEWCOMB, |

17 | Defendant. |

18

19

20         IT IS HEREBY STIPULATED by and between the parties through their respective

21 counsel that the status conference scheduled for February 28, 2024, may be continued until May

22 8, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe. Discovery in this case

23 includes thousands of financial records and defense counsel has further investigation to perform.

24 The parties will be ready to select a trial date at the May 8, 2024, status conference if trial

25 becomes necessary. The parties agree that time under the Speedy Trial Act shall be excluded

26 through May 8, 2024, in the interests of justice, including but not limited to, the need for

27 effective defense preparation and defense investigation pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

28 and 3161(h)(7)(B)(i) and (iv).

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated:  February 21, 2024

*/s/ Peter Jones*
PETER JONES
Counsel for Royce Newcomb

Dated:  February 21, 2024

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

|   |   |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | JOSEPH D. BARTON |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |
| 5 |   |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00287-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. |   |
| ROYCE NEWCOMB, |   |
| Defendant. |   |

Upon the parties' stipulation and for good cause shown, the status conference scheduled for February 28, 2024, at 1:00 p.m., is continued until **May 8, 2024, at 1:00 p.m., before the Honorable Barbara A. McAuliffe**. The period through May 8, 2024, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: __**February 22, 2024**__    ____/s/ Barbara A. McAuliffe____
UNITED STATES MAGISTRATE JUDGE