PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00287-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE AND SET TRIAL |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

The parties agree that the status conference scheduled for August 28, 2024, may be vacated, and that a trial confirmation hearing may be scheduled for March 10, 2025, at 8:30 a.m., and a trial may be scheduled for May 13, 2025, at 8:30 a.m., before the assigned District Judge. The undersigned counsel have multiple other trials scheduled for October 2024 through April 2025. The undersigned counsel estimate this trial will last approximately two weeks.

///

///

Therefore, the parties request that the Court exclude time under the Speedy Trial Act from August 21, 2024, through May 13, 2025, for purposes of plea negotiations, defense preparation, and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED

Dated:  August 21, 2024                    */s/ Peter Jones*
                                                     PETER JONES
                                                     Counsel for Royce Newcomb

Dated:  August 21, 2024                    */s/ Joseph Barton*
                                                       JOSEPH BARTON
                                                     Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00287-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO VACATE STATUS CONFERENCE AND SET TRIAL |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

IT IS SO ORDERED that the status conference set for August 28, 2024, is vacated. A jury trial is set for **May 13, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Estimate time of trial is **2 weeks**. A trial confirmation is set for **March 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded through trial pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: **August 22, 2024**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE