PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. ROYCE NEWCOMB, Defendant. | Case No. 1:22-cr-00287-NODJ-BAM<br><br>STIPULATION TO VACATE TRIAL DATE AND SCHEDULE A CHANGE OF PLEA HEARING |
|---|---|

IT IS HEREBY STIPULATED between the parties that a change of plea hearing may be scheduled for January 27, 2025, at 8:30 a.m., before the assigned District Judge. The parties have filed a plea agreement with the Court. The trial confirmation hearing and trial that were scheduled for March 10, 2025, and May 13, 2025, respectively, can be vacated.

Time under the Speedy Trial Act has already been excluded through May 13, 2025.

///

///

///

The parties request that the Court further exclude time under the Speedy Trial Act from December 18, 2024, through January 27, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  December 18, 2024  	*/s/ Peter Jones*
 	Peter Jones
 	Counsel for Royce Newcomb

Dated:  December 18, 2024  	*/s/ Joseph Barton*
 	Joseph Barton
 	Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00287-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, a change of plea hearing is scheduled for January 27, 2025, at 8:30 a.m., before the assigned District Judge. The trial confirmation hearing and trial that were scheduled for March 10, 2025, and May 13, 2025, respectively, are vacated. Time under the Speedy Trial Act has already been excluded through May 13, 2025.

///

///

///

The Court further excludes time under the Speedy Trial Act from December 18, 2024, through January 27, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **December 18, 2024**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE