PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00287-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; AND ORDER |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties that the change of plea hearing scheduled for January 21, 2025, may be continued until February 3, 2025, at 9:30 a.m., before the assigned District Judge. The parties agree that time under the Speedy Trial Act shall be excluded through February 3, 2025, in the interests of justice, including but not limited to, the need for effective defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

///

The parties also agree that the ends of justice served by taking this action outweigh the best interests of the public and of the defendant to a speedy trial.

Dated: January 19, 2025

/s/ Peter Jones
PETER JONES
Counsel for Royce Newcomb

Dated: January 19, 2025

/s/ Joseph Barton
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00287-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ROYCE NEWCOMB, | |
| Defendant. | |

Upon the parties' stipulation and for good cause shown, the change of plea hearing scheduled for January 21, 2025, is continued until **February 3, 2025, at 9:30 a.m., before the assigned District Judge**. The period through February 3, 2025, inclusive, is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **January 21, 2025**        /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

3