MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROYCE NEWCOMB, <br><br> Defendant. | CASE NO. 1:22-CR-00287-DAD-BAM <br><br> SEALING ORDER |

    For good cause shown, the government's motion to seal the three additional victim impact statements received in this case is granted. The statements are hereby sealed until further order of the Court.

    IT IS SO ORDERED.

Dated:  **June 25, 2025**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE