MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
JEFFREY A. SPIVAK
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROYCE NEWCOMB,<br><br>Defendant. | CASE NO. 1:22-CR-00287-DAD-BAM<br><br>SEALING ORDER |

For good cause shown, the government's motion to seal the victim impact statement received in this case that is in addition to those filed on June 24 and 26, 2025, is granted. The statement is hereby sealed until further order of the Court.

IT IS SO ORDERED.

Dated:  **June 26, 2025**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE